UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

In re:  Ramon E. Castillo
and Alicia Castillo

Case No.: 9:10-bk-25830-DHA
Chapter 13

Debtor(s),
_____/

## VERIFIED MOTION TO DETERMINE SECURED STATUS OF BANK OF AMERICA, N.A., AND TO STRIP LIEN EFFECTIVE UPON DISCHARGE AND MOTION TO AWARD DEBTORS ATTORNEYS FEES

---

NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING

Pursuant to Local Rule 2002-4, the Court will consider this Motion without further notice or hearing unless a party in interest files an objection within thirty (30) days from the date of service of this paper. If you object to the relief requested in this paper, you must file your objection with the Clerk of Courts at: 801 N. Florida Ave, Ste. 555, Tampa, FL 33602-3899, and serve a copy on the movant's attorney, Laila S. Gonzalez, Esq., Freire and Gonzalez, P.A., 10647 N. Kendall Drive, Miami, FL 33176.

If you file and serve an objection within the time permitted, the Court may schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

---

**COME NOW**, Ramon E. Castillo and Alicia Castillo (the "Debtors"), by and through their undersigned counsel, and files this Motion to Determine Secured Status of Bank of America, N.A., and to Strip Lien and state as follows:

1. The Debtors filed a petition for relief under Chapter 13 of the Bankruptcy Code on October 27, 2010.

2. The Debtors own real property (the "Real Property") located at 2175 San Marco Road, Apt. #1-204., Marco Island, FL 34145 and more particularly described as follows:

APARTMENT NO. 1-204, THE ESTUARY OF MARCO, A CONDOMINIUM AS RECORDED IN OFFICIAL RECORDS BOOK 1152, PAGES 276-371, INCLUSIVE, OF THE PUBLIC RECORDS OF COLLIER COUNTY, FLORIDA.

3. The Real Property is encumbered by two mortgages.

4. Wells Fargo, account number ending in 6295, holds the first mortgage, recorded on October 05, 2004 instrument number 3485869, of the official records of Lee County, Florida and is owed $105,217.00 as of the date of filing of the petition.

5. Bank of America, N.A. account number ending in 0599, which holds the second mortgage, recorded on July 12, 2005 in instrument number 3656688 of the official records of Lee County, Florida is owed $38,953.71 as of the date of filing the petition and pursuant to the proof of claim filed by Bank of America, N.A.'s (claim number 19).

6. Based on the appraisal from Appraisal Alliance attached hereto as Exhibit 1, the value of the Real Property is $100,000.00.

7. Accordingly, Bank of America, N.A. second mortgage is completely unsecured.

8. The Debtors have incurred $275.00 in the attorneys fees for the instant Motion.

**WHEREFORE**, the Debtors respectfully request the Court enter an order: (a) granting the Motion; (b) determining the value of the Real Property to be $100,000.00; (c) determining that Bank of America, N.A. claim shall be treated as an unsecured claim (claim number 19); (d) voiding the second mortgage lien of Bank of America, N.A. effective upon discharge (e) awarding the $275.00 to Debtor's counsel; and (f) granting such other relief as the Court deems appropriate.

We, Ramon E. Castillo and Alicia Castillo, certify that the foregoing is true and correct to the best of our knowledge and belief.

_____
Ramon E. Castillo

_____
Alicia Castillo

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing this 24 day of March, 2011, is being mailed to **Jon Waage, Chapter 13 Trustee**, via NEF, **Bank of America, N.A., Attn. Authorized Agent: Lawrence J. Buckley**, P.O. Box 26012, NC4-105-22-99, Greensboro, NC 27420, **BAC Home Loans Servicing, LP, Registered Agent: C T Tansportation.**, 1200 South Pine Island Road, Plantation, FL 33324, **Bank of America, N.A., Attn. President: Brian T Moynihan, Mail Stop: NC1-021-02-20**, 100 North Tryon Street, Charlotte, NC 28255 **via certified return receipt (70103090000124987591), Bank of America, N.A., Attn. President: Brian T Moynihan,** 6700 Lakeview Center Drive, Tampa, FL 33169 **via certified return receipt (70103090000124987607)** and **Debtors, Francisco and Narcy Bencomo,** 1609 Hines Ave., Lehigh Acres, FL 33972 via first class mail.

_____
FREIRE & GONZALEZ, P.A.
Attorneys for Debtor(s)
[ ] Edward Freire, Esq. FBN:0813771
[X] Laila S. Gonzalez, Esq. FBN:0975291
10647 North Kendall Drive
Miami, FL 33176
(305) 826-1774

| FROM: | | **INVOICE** | |
|---|---|---|---|
| MAYKEL HERNANDEZ | | **INVOICE NUMBER** | |
| LEE COUNTY APPRAISALS CORP. | | 10-10MH004 | |
| 2506 NW EMBERS TER | | **DATE** | |
| CAPE CORAL, FL 33993 | | | |
| Telephone Number: (239) 745-8197 | Fax Number: (800) 517-4709 | | |
| | | **REFERENCE** | |
| TO: | | Internal Order #: | 10-10MH004 |
| | | Lender Case #: | |
| RAMON & ALICIA E. CASTILLO | | Client File #: | |
| 2175 SAN MARCO RD | | Main File # on form: | 10-10MH004 |
| MARCO ISLAND, FL 34145 | | Other File # on form: | |
| Telephone Number: | Fax Number: | Federal Tax ID: | |
| Alternate Number: | E-Mail: | Employer ID: | |

### DESCRIPTION

Lender:  
Client: RAMON & ALICIA E. CASTILLO  
Purchaser/Borrower:  
Property Address: 2175 SAN MARCO RD  
City: MARCO ISLAND  
County: LEE    State: FL    Zip: 34145-6914  
Legal Description: ESTUARY OF MARCO A CONDOMINIUM BLDG 1-204  

| FEES | AMOUNT |
|---|---|
| PAID | 430.00 |
| | |
| SUBTOTAL | 430.00 |

| PAYMENTS | | | AMOUNT |
|---|---|---|---|
| Check #: | Date: 10/2/2010 | Description: PAID | 430.00 |
| Check #: | Date: | Description: | |
| Check #: | Date: | Description: | |
| | | SUBTOTAL | 430.00 |
| PAID | | **TOTAL DUE**  $ | 0 |



# APPRAISAL OF REAL PROPERTY

**LOCATED AT:**
2175 SAN MARCO RD
ESTUARY OF MARCO A CONDOMINIUM BLDG 1-204
MARCO ISLAND, FL 34145-6914

**FOR:**
RAMON & ALICIA E. CASTILLO
2175 SAN MARCO RD
MARCO ISLAND, FL 34145

**AS OF:**
10/04/2010

**BY:**
MAYKEL HERNANDEZ
ST. CERT. RES. REAL ESTATE APPRAISER RD7234

Case 9:10-bk-25830-FMD    Doc 28    Filed 03/24/11    Page 6 of 15

Lee County Appraisals Corp.    Main File No. 10-10MH004 | Page #2

## Individual Condominium Unit Appraisal Report    File # 10-10MH004

The purpose of this summary appraisal report is to provide the lender/client with an accurate, and adequately supported, opinion of the market value of the subject property.

| | |
|---|---|
| Property Address 2175 SAN MARCO RD | Unit # 204  City MARCO ISLAND  State FL  Zip Code 34145-6914 |
| Borrower | Owner of Public Record RAMON E & ALICIA E CASTILLO  County LEE |
| Legal Description ESTUARY OF MARCO A CONDOMINIUM BLDG 1-204 | |
| Assessor's Parcel # 31380320000 | Tax Year 2009  R.E. Taxes $ 736.21 |
| Project Name ESTUARY MARCO CONDO | Phase # 1  Map Reference 52-26-14  Census Tract 109.03 |
| Occupant ☒ Owner ☐ Tenant ☐ Vacant | Special Assessments $ NONE  HOA $  ☐ per year ☒ per month |
| Property Rights Appraised ☒ Fee Simple ☐ Leasehold ☐ Other (describe) | |
| Assignment Type ☐ Purchase Transaction ☐ Refinance Transaction ☒ Other (describe) PRIVATE APPRAISAL REQUESTED BY PROPERTY OWNER | |
| Lender/Client RAMON & ALICIA E. CASTILLO  Address 2175 SAN MARCO RD, MARCO ISLAND, FL 34145 | |

Is the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of this appraisal? ☐ Yes ☒ No
Report data source(s) used, offering price(s), and date(s). RESEARCH OF THE MLS REVEALED THAT THE SUBJECT PROPERTY WAS NOT FFERED FOR SALE ON THE OPEN MARKET IN THE LAST TWELVE MONTHS.

I ☐ did ☒ did not analyze the contract for sale for the subject purchase transaction. Explain the results of the analysis of the contract for sale or why the analysis was not performed.

Contract Price $ N/A    Date of Contract    Is the property seller the owner of public record? ☒ Yes ☐ No  Data Source(s) COUNTY RECORDS
Is there any financial assistance (loan charges, sale concessions, gift or downpayment assistance, etc.) to be paid by any party on behalf of the borrower? ☐ YES ☒ NO
If Yes, report the total dollar amount and describe the items to be paid.

Note: Race and the racial composition of the neighborhood are not appraisal factors.

| Neighborhood Characteristics | | | Condominium Unit Housing Trends | | | | Condominium Housing | | Present Land Use % | |
|---|---|---|---|---|---|---|---|---|---|---|
| Location ☐ Urban ☒ Suburban ☐ Rural | | | Property Values ☐ Increasing ☐ Stable ☒ Declining | | | | PRICE | AGE | One-Unit | 50 % |
| Built-Up ☐ Over 75% ☒ 25-75% ☐ Under 25% | | | Demand/Supply ☐ Shortage ☐ In Balance ☒ Over Supply | | | | $ (000) | (yrs) | 2-4 Unit | 20 % |
| Growth ☐ Rapid ☒ Stable ☐ Slow | | | Marketing Time ☐ Under 3 mths ☒ 3-6 mths ☐ Over 6 mths | | | | 95 Low | 4 | Multi-Family | 5 % |
| Neighborhood Boundaries THE SUBJECT IS BOUND TO THE NORTH BY TAMIAMI TRAIL E., TO THE SOUTH | | | | | | | 437 High | 25 | Commercial | 5 % |
| BY BLUE HILL CREEK DR.. TO THE EAST BY SAN MARCO RD N., AND TO THE WEST BY N BARFIEL DR. | | | | | | | 220 Pred. | 10 | Other | 20 % |

Neighborhood Description THE SUBJECT IS LOCATED IN A RESIDENTIAL NEIGHBORHOOD IN THE CITY OF MARCO ISLAND WICH IS LOCATED IN COLLIER COUNTY. IT IS WITHIN A REASONABLE DISTANCE TO ALL AREA AMENITIES WITH ADEQUATE ACCESS TO MAJOR ARTERIES OF TRANSPORTATION, PLACES OF EMPLOYMENT, AND PARKS. THIS AREA CONSIST OF VARIOUS TYPES OF HOMES SIMILAR IN DESIGN AND UTITLITY.
Market Conditions (including support for the above conclusions) MARKET CONDITIONS HAVE BEEN DECLINING. MARKETING TIME OF DWELLINGS IS CURRENTLY FROM THREE TO SIX MOTNHS.

Topography LEVEL AT ROAD GRADE    Size AVERAGE FOR AREA    Density AVERAGE    View RESIDENTIAL/AVG
Specific Zoning Classification RMS12    Zoning Description RESIDENTIAL MULTIFAMILY
Zoning Compliance ☒ Legal ☐ Legal Nonconforming – Do the zoning regulations permit rebuilding to current density? ☐ Yes ☐ No
☐ No Zoning ☐ Illegal (describe)
Is the highest and best use of subject property as improved (or as proposed per plans and specifications) the present use? ☒ Yes ☐ No  If No, describe

| Utilities | Public | Other (describe) | | Public | Other (describe) | Off-site Improvements – Type | Public | Private |
|---|---|---|---|---|---|---|---|---|
| Electricity | ☒ | | Water | ☒ | | Street PAVED | ☒ | ☐ |
| Gas | ☐ | | Sanitary Sewer | ☒ | | Alley NONE | ☒ | ☐ |

FEMA Special Flood Hazard Area ☒ Yes ☐ No  FEMA Flood Zone AE    FEMA Map # 1204260825G    FEMA Map Date 11/17/2005
Are the utilities and off-site improvements typical for the market area? ☒ Yes ☐ No  If No, describe
Are there any adverse site conditions or external factors (easements, encroachments, environmental conditions, land uses, etc.)? ☐ Yes ☒ No  If Yes, describe
NO APPARENT ADVERSE EASEMENT OR ENCROACHMENT NOTED AT THE TIME OF INSPECTION. THE APPRAISER IS NOT AWARE OF ANY ILLEGAL OR NONCONFORMING ZONING USES. TITLE DOCUMENTS AND SURVEY WERE NOT EXAMINED. SEE ATTACHED ADDENDA.

Data source(s) for project information HOA
Project Description ☐ Detached ☐ Row or Townhouse ☐ Garden ☐ Mid-Rise ☐ High-Rise ☐ Other (describe)

| General Description | General Description | Subject Phase | | If Project Completed | | If Project Incomplete | |
|---|---|---|---|---|---|---|---|
| # of Stories TWO STORY | Exterior Walls VINL LAP | # of Units | 48 | # of Phases | 2 | # of Planned Phases | |
| # of Elevators NONE | Roof Surface SHINGLE | # of Units Completed | 48 | # of Units | 48 | # of Planned Units | |
| ☒ Existing ☐ Proposed | Total # Parking 96 | # of Units For Sale | 8 | # of Units for Sale | 8 | # of Units for Sale | |
| ☐ Under Construction | Ratio (spaces/units) 2/1 | # of Units Sold | 40 | # of Units Sold | 40 | # of Units Sold | |
| Year Built 1985 | Type OPEN | # of Units Rented | 10 | # of Units Rented | 10 | # of Units Rented | |
| Effective Age 25 YERAS | Guest Parking YES | # of Owner Occupied Units | 30 | # of Owner Occupied Units | 30 | # of Owner Occupied Units | |

Project Primary Occupancy ☒ Principle Residence ☐ Second Home or Recreational ☐ Tenant
Is the developer/builder in control of the Homeowners' Association (HOA)? ☐ Yes ☒ No
Management Group - ☒ Homeowners' Association ☐ Developer ☐ Management Agent - Provide name of management company.    ESTUARY OF MARCO, INC.
A CONDOMINIUM ASSOCIATION
Does any single entity (the same individual, investor group, corporation, etc.) own more than 10% of the total units in the project? ☐ Yes ☒ No  If Yes, Describe

Was the project created by the conversion of existing building(s) into a condominium? ☐ Yes ☒ No  If Yes, describe the original use and date of conversion.

Are the units, common elements, and recreation facilities complete (including any planned rehabilitation for a condominium conversion)? ☒ Yes ☐ No  If No, describe

Is there any commercial space in the project? ☐ Yes ☒ No  If Yes, describe and indicate the overall percentage of the commercial space.

## Individual Condominium Unit Appraisal Report
File # 10-10MH004

### Project Information

Describe the condition of the project and quality of construction. AVERAGE CONDITION AND QUALITY OF CONSTRUCTION

Describe the common elements and recreational facilities. POOL, LAKE AND COMMON ELEMENTS

Are any common elements leased to or by the Homeowners' Association? ☐ Yes ☒ No If Yes, describe the rental terms and options.

Is the project subject to a ground rent? ☐ Yes ☒ No If Yes, $ _____ per year (describe terms and conditions)

Are the parking facilities adequate for the project size and type? ☒ Yes ☐ No If No, describe and comment on the effect on value and marketability.

### Project Analysis

I ☐ did ☒ did not analyze the condominium project budget for the current year. Explain the results of the analysis of the budget (adequacy of fees, reserves, etc.), or why the analysis was not performed. CONDOMINIUM DOCUMENTS WERE NOT AVAILABLE.

Are there any other fees (other than regular HOA charges) for the use of the project facilities? ☐ Yes ☒ No If Yes, report the charges and describe.

Compared to other competitive projects of similar quality and design, the subject unit charge appears ☐ High ☒ Average ☐ Low If High or Low, describe

Are there any special or unusual characteristics of the project (based on the condominium documents, HOA meetings, or other information) known to the appraiser?
☐ Yes ☒ No If Yes, describe and explain the effect on value and marketability.

Unit Charge $ _____ per month X 12 = $ _____ per year Annual assessment charge per year per square feet of gross living area = $ _____
Utilities included in the unit monthly assessment ☒ None ☐ Heat ☐ Air Conditioning ☐ Electricity ☐ Gas ☐ Water ☐ Sewer ☐ Cable ☐ Other (describe)

### Unit Description

| General Description | Interior materials/condition | Amenities | Appliances | Car Storage |
|---|---|---|---|---|
| Floor # SECOND | Floors TILE/CARPET/AVG | ☐ Fireplace(s) # | ☒ Refrigerator AVG | ☒ None |
| # of Levels TWO | Walls DRYWALL/AVG | ☐ WoodStove(s) # | ☒ Range/Oven AVG | ☐ Garage ☐ Covered ☒ Open |
| Heating Type FWA Fuel ELCT | Trim/Finish WOOD/AVG | ☐ Deck/Patio | ☒ Disp ☒ Microwave | # of Cars 1 |
| ☒ Central AC ☐ Individual AC | Bath Wainscot CERAMIC/AVG | ☒ Porch/Balcony | ☒ Dishwasher AVG | ☒ Assigned ☐ Owned |
| ☐ Other (describe) | Doors WOOD/AVG | ☐ Other | ☒ Washer/Dryer AVG | Parking Space # 204 |

Finished area above grade contains: 5 Rooms  2 Bedrooms  2 Bath(s)  914 Square Feet of Gross Living Area Above Grade
Are the heating and cooling for the individual units separately metered? ☒ Yes ☐ No If No, describe and comment on compatibility to other projects in the market area.

Additional features (special energy efficient items, etc.) NONE NOTICED

Describe the condition of the property (including needed repairs, deterioration, renovations, remodeling, etc.). THE SUBJECT PROPERTY IS IN AVERAGE CONDITIONS. NO PHYSICAL FUNCTIONAL OR EXTERNAL OBSOLESCENCE NOTICED AT THE TIME OF INSPECTION.

Are there any physical deficiencies or adverse conditions that affect the livability, soundness, or structural integrity of the property? ☐ Yes ☒ No If Yes, describe
THE APPRAISER IS NOT A STRUCTURAL ENGINEER AND CAN NOT GUARANTEE THE STRUCTURAL SOUNDNESS OR INTEGRITY OF THE PROPERTY. NO LIABILITY IS ASSUMED FOR STRUCTURAL OR MECHANICAL ELEMENTS OF THE PROPERTY. DWELLING MEETS HUD'S MINIMUM PROPERTY STANDARDS FOR EXISTING DWELLINGS AS OUTLINED IN HUD HANDBOOKS 4150.2 AND 4905.1

Does the property generally conform to the neighborhood (functional utility, style, condition, use, construction, etc.)? ☒ Yes ☐ No If No, describe

### Prior Sale History

I ☒ did ☐ did not research the sale or transfer history of the subject property and comparable sales. If not, explain

My research ☐ did ☒ did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Data source(s) PUBLIC RECORDS AND MLS
My research ☒ did ☐ did not reveal any prior sales or transfers of the comparable sales for the year prior to the date of sale of the comparable sale.
Data source(s) PUBLIC RECORDS AND MLS
Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE #1 | COMPARABLE SALE #2 | COMPARABLE SALE #3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | 02/27/2002 | 6/28/2005 | 4/29/2003 | 1/31/2003 |
| Price of Prior Sale/Transfer | $106,000 (QUALIFIED SALE) | $264,000 | $133,800 | $125,000 |
| Data Source(s) | PR/OR#2990-1911 | PUBLIC RECORDS | PUBLIC RECORDS | PUBLIC RECORDS |
| Effective Date of Data Source(s) | 10/04/10 | 10/04/10 | 10/04/10 | 10/04/10 |

Analysis of prior sale or transfer history of the subject property and comparable sales. THE SUBJECT'S PRIOR TRANSFER ON 7/23/04 WAS AN ARM'S LENGTH TRANSACTION. COMP1: SALE TYPE: 02 QUALIFIED (FAIR MARKET VALUE/ARMS LENGTH); COMP2: SALE TYPE: 99 DECISION IS PENDING. COMP3 SALE TYPE: 06 QUALIFIED (FAIR MARKET VALUE/ARMS LENGTH). COMP4: SALE TYPE: 06 QUALIFIED (FAIR MARKET VALUE/ARMS LENGTH). SELL DESCRIPTIONS WERE OBTAINED FROM THE "SALES/TRANSACTION DESCRIPTION" OF THE OFFICIAL LEE COUNTY PROPERTY APPRAISER WEB SITE (WWW.LEEPA.ORG).

## Individual Condominium Unit Appraisal Report

File # 10-10MH004

There are **10** comparable properties currently offered for sale in the subject neighborhood ranging in price from $ **69,900** to $ **135,000**.
There are **9** comparable sales in the subject neighborhood within the past twelve months ranging in sale price from $ **95,000** to $ **115,000**.

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | | COMPARABLE SALE # 2 | | COMPARABLE SALE # 3 | |
|---|---|---|---|---|---|---|---|
| Address and Unit # | 2175 SAN MARCO RD, 204 MARCO ISLAND, FL 34145 | 2147 SAN MARCO RD MARCO ISLAND, FL 34145 | | 2097 SAN MARCO RD MARCO ISLAND, FL 34145 | | 2203 SAN MARCO RD MARCO ISLAND, FL 34145 | |
| Project Name and Phase | ESTUARY MARCO CONDO 1 | | | | | | |
| Proximity to Subject | | 0.2 mile | | 0.2 mile | | 0.2 mile | |
| Sale Price | $ N/A | $ 95,000 | | $ 105,000 | | $ 105,000 | |
| Sale Price/Gross Liv. Area | $ N/A sq. ft. | $ 103.94 sq. ft. | | $ 114.88 sq. ft. | | $ 114.88 sq. ft. | |
| Data Source(s) | | P.RECORDS OR#4593-1394 | | P.RECORDS OR#4568-2663 | | P.RECORDS OR#4537-1087 | |
| Verification Source(s) | | EXTERIOR | | EXTERIOR | | EXTERIOR | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sales or Financing Concessions | | NO SELLER CONCESSIONS | | NO SELLER CONCESSIONS | | NO SELLER CONCESSIONS | |
| Date of Sale/Time | | 7/26/10 | | 5/12/10 | | 2/08/10 | |
| Location | INTERIOR/AVG | INTERIOR/AVG | | INTERIOR/AVG | | INTERIOR/AVG | |
| Leasehold/Fee Simple | FEE SIMPLE | FEE SIMPLE | | FEE SIMPLE | | FEE SIMPLE | |
| HOA Mo. Assessment | | | | | | | |
| Common Elements and Rec. Facilities | B. GRND POOL | B. GRND POOL | | B. GRND POOL | | B. GRND POOL | |
| Floor Location | SECOND | SECOND | | SECOND | | FIRST | |
| View | RESIDENTIAL | RESIDENTIAL | | RESIDENTIAL | | RESIDENTIAL | |
| Design (Style) | RANCH | RANCH | | RANCH | | RANCH | |
| Quality of Construction | CBS/AVG | CBS/AVG | | CBS/AVG | | CBS/AVG | |
| Actual Age | 25 YEARS | 25 YEARS | | 25 YEARS | | 25 YEARS | |
| Condition | AVERAGE | AVERAGE | | AVERAGE | | AVERAGE | |
| Above Grade Room Count | Total 5 / Bdrms 2 / Baths 2 | Total 5 / Bdrms 2 / Baths 2 | | Total 5 / Bdrms 2 / Baths 2 | | Total 5 / Bdrms 2 / Baths 2 | |
| Gross Living Area | 914 sq. ft. | 914 sq. ft. | | 914 sq. ft. | | 914 sq. ft. | |
| Basement & Finished | N/A | NONE | | NONE | | NONE | |
| Rooms Below Grade | NONE | NONE | | NONE | | NONE | |
| Functional Utility | AVERAGE | AVERAGE | | AVERAGE | | AVERAGE | |
| Heating/Cooling | FWA/CAC | FWA/CAC | | FWA/CAC | | FWA/CAC | |
| Energy Efficient Items | AVERAGE | AVERAGE | | AVERAGE | | AVERAGE | |
| Garage/Carport | NONE | NONE | | NONE | | NONE | |
| Porch/Patio/Deck | NONE | NONE | | NONE | | NONE | |
| Net Adjustment (Total) | | ☐ + ☐ - | $ | ☐ + ☐ - | $ | ☐ + ☐ - | $ |
| Adjusted Sale Price of Comparables | | Net Adj. % / Gross Adj. % | $ 95,000 | Net Adj. % / Gross Adj. % | $ 105,000 | Net Adj. % / Gross Adj. % | $ 105,000 |

Summary of Sales Comparison Approach   THESE ARE THE MOST APPLICABLE RECENT SALES AVAILABLE AND CONSIDERED TO BE COMPETITIVE ALTERNATIVES TO THE SUBJECT AND THEREFORE FELT TO BE THE BEST INDICATORS OF VALUE AS ADJUSTED. ALL COMPARABLES ARE SIMILAR IN ZONING, SIZE, AGE, AMENITIES AND LOCATION.

Indicated Value by Sales Comparison Approach $ 100,000

**INCOME APPROACH TO VALUE** (not required by Fannie Mae)
Estimated Monthly Market Rent $ _____ X Gross Rent Multiplier _____ = $ _____   Indicated Value by Income Approach
Summary of Income Approach (including support for market rent and GRM)   NOT APPLICABLE

Indicated Value by: Sales Comparison Approach $ 100,000   Income Approach (if developed) $ _____
MOST WEIGHT WAS GIVEN TO THE SALES COMPARISON APPROACH AS IT BEST REFLECTS THE MARKET. THE COST APPROACH IS HIGHER BASED ON THE COST OF CONSTRUCTION AND THE RECENT LOWER LAND SALES. THE INCOME APPROACH IS NOT CONSIDERED APPLICABLE AS HOMES IN THIS AREA ARE TYPICALLY PURCHASED FOR OWNER OCCUPANCY RATHER THAN INCOME PRODUCING POTENTIAL.

This appraisal is made ☒ "as is", ☐ subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed, ☐ subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed, or ☐ subject to the following required inspection based on the extraordinary assumption that the condition or deficiency does not require alteration or repair: SEE ADDENDUM, APPRAISER CERTIFICATION AND STATEMENT OF LIMITING CONDITIONS.
Based on a complete visual inspection of the interior and exterior areas of the subject property, defined scope of work, statement of assumptions and limiting conditions, and appraiser's certification, my (our) opinion of the market value, as defined, of the real property that is the subject of this report is $ **100,000**, as of **10/04/2010**, which is the date of inspection and the effective date of this appraisal.

## Individual Condominium Unit Appraisal Report
File # 10-10MH004

This report form is designed to report an appraisal of a unit in a condominium project or a condominium unit in a planned unit development (PUD). This report form is not designed to report an appraisal of a manufactured home or a unit in a cooperative project.

This appraisal report is subject to the following scope of work, intended use, intended user, definition of market value, statement of assumptions and limiting conditions, and certifications. Modifications, additions, or deletions to the intended use, intended user, definition of market value, or assumptions and limiting conditions are not permitted. The appraiser may expand the scope of work to include any additional research or analysis necessary based on the complexity of this appraisal assignment. Modifications or deletions to the certifications are also not permitted. However, additional certifications that do not constitute material alterations to this appraisal report, such as those required by law or those related to the appraiser's continuing education or membership in an appraisal organization, are permitted.

**SCOPE OF WORK:** The scope of work for this appraisal is defined by the complexity of this appraisal assignment and the reporting requirements of this appraisal report form, including the following definition of market value, statement of assumptions and limiting conditions, and certifications. The appraiser must, at a minimum: (1) perform a complete visual inspection of the interior and exterior areas of the subject unit, (2) inspect and analyze the condominium project, (3) inspect the neighborhood, (4) inspect each of the comparable sales from at least the street, (5) research, verify, and analyze data from reliable public and/or private sources, and (6) report his or her analysis, opinions, and conclusions in this appraisal report.

**INTENDED USE:** The intended use of this appraisal report is for the lender/client to evaluate the property that is the subject of this appraisal for a mortgage finance transaction.

**INTENDED USER:** The intended user of this appraisal report is the lender/client.

**MARKET VALUE:** The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he or she considers his or her own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U. S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgment.

**STATEMENT OF ASSUMPTIONS AND LIMITING CONDITIONS:** The appraiser's certification in this report is subject to the following assumptions and limiting conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it, except for information that he or she became aware of during the research involved in performing this appraisal. The appraiser assumes that the title is good and marketable and will not render any opinions about the title.

2. The appraiser has provided a sketch in this appraisal report to show the approximate dimensions of the improvements. The sketch is included only to assist the reader in visualizing the property and understanding the appraiser's determination of its size.

3. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in this appraisal report whether any portion of the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

4. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand, or as otherwise required by law.

5. The appraiser has noted in this appraisal report any adverse conditions (such as needed repairs, deterioration, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the research involved in performing this appraisal. Unless otherwise stated in this appraisal report, the appraiser has no knowledge of any hidden or unapparent physical deficiencies or adverse conditions of the property (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) that would make the property less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, this appraisal report must not be considered as an environmental assessment of the property.

6. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that the completion, repairs, or alterations of the subject property will be performed in a professional manner.

## Individual Condominium Unit Appraisal Report
File # 10-10MH004

**APPRAISER'S CERTIFICATION:** The Appraiser certifies and agrees that:

1. I have, at a minimum, developed and reported this appraisal in accordance with the scope of work requirements stated in this appraisal report.

2. I performed a complete visual inspection of the interior and exterior areas of the subject property. I reported the condition of the improvements in factual, specific terms. I identified and reported the physical deficiencies that could affect the livability, soundness, or structural integrity of the property.

3. I performed this appraisal in accordance with the requirements of the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

4. I developed my opinion of the market value of the real property that is the subject of this report based on the sales comparison approach to value. I have adequate comparable market data to develop a reliable sales comparison approach for this appraisal assignment. I further certify that I considered the cost and income approaches to value but did not develop them, unless otherwise indicated in this report.

5. I researched, verified, analyzed, and reported on any current agreement for sale for the subject property, any offering for sale of the subject property in the twelve months prior to the effective date of this appraisal, and the prior sales of the subject property for a minimum of three years prior to the effective date of this appraisal, unless otherwise indicated in this report.

6. I researched, verified, analyzed, and reported on the prior sales of the comparable sales for a minimum of one year prior to the date of sale of the comparable sale, unless otherwise indicated in this report.

7. I selected and used comparable sales that are locationally, physically, and functionally the most similar to the subject property.

8. I have not used comparable sales that were the result of combining a land sale with the contract purchase price of a home that has been built or will be built on the land.

9. I have reported adjustments to the comparable sales that reflect the market's reaction to the differences between the subject property and the comparable sales.

10. I verified, from a disinterested source, all information in this report that was provided by parties who have a financial interest in the sale or financing of the subject property.

11. I have knowledge and experience in appraising this type of property in this market area.

12. I am aware of, and have access to, the necessary and appropriate public and private data sources, such as multiple listing services, tax assessment records, public land records and other such data sources for the area in which the property is located.

13. I obtained the information, estimates, and opinions furnished by other parties and expressed in this appraisal report from reliable sources that I believe to be true and correct.

14. I have taken into consideration the factors that have an impact on value with respect to the subject neighborhood, subject property, and the proximity of the subject property to adverse influences in the development of my opinion of market value. I have noted in this appraisal report any adverse conditions (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) observed during the inspection of the subject property or that I became aware of during the research involved in performing this appraisal. I have considered these adverse conditions in my analysis of the property value, and have reported on the effect of the conditions on the value and marketability of the subject property.

15. I have not knowingly withheld any significant information from this appraisal report and, to the best of my knowledge, all statements and information in this appraisal report are true and correct.

16. I stated in this appraisal report my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the assumptions and limiting conditions in this appraisal report.

17. I have no present or prospective interest in the property that is the subject of this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or opinion of market value in this appraisal report on the race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law.

18. My employment and/or compensation for performing this appraisal or any future or anticipated appraisals was not conditioned on any agreement or understanding, written or otherwise, that I would report (or present analysis supporting) a predetermined specific value, a predetermined minimum value, a range or direction in value, a value that favors the cause of any party, or the attainment of a specific result or occurrence of a specific subsequent event (such as approval of a pending mortgage loan application).

19. I personally prepared all conclusions and opinions about the real estate that were set forth in this appraisal report. If I relied on significant real property appraisal assistance from any individual or individuals in the performance of this appraisal or the preparation of this appraisal report, I have named such individual(s) and disclosed the specific tasks performed in this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in this appraisal report; therefore, any change made to this appraisal is unauthorized and I will take no responsibility for it.

20. I identified the lender/client in this appraisal report who is the individual, organization, or agent for the organization that ordered and will receive this appraisal report.

### Individual Condominium Unit Appraisal Report
File # 10-10MH004

21. The lender/client may disclose or distribute this appraisal report to: the borrower; another lender at the request of the borrower; the mortgagee or its successors and assigns; mortgage insurers; government sponsored enterprises; other secondary market participants; data collection or reporting services; professional appraisal organizations; any department, agency, or instrumentality of the United States; and any state, the District of Columbia, or other jurisdictions; without having to obtain the appraiser's or supervisory appraiser's (if applicable) consent. Such consent must be obtained before this appraisal report may be disclosed or distributed to any other party (including, but not limited to, the public through advertising, public relations, news, sales, or other media).

22. I am aware that any disclosure or distribution of this appraisal report by me or the lender/client may be subject to certain laws and regulations. Further, I am also subject to the provisions of the Uniform Standards of Professional Appraisal Practice that pertain to disclosure or distribution by me.

23. The borrower, another lender at the request of the borrower, the mortgagee or its successors and assigns, mortgage insurers, government sponsored enterprises, and other secondary market participants may rely on this appraisal report as part of any mortgage finance transaction that involves any one or more of these parties.

24. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

25. Any intentional or negligent misrepresentation(s) contained in this appraisal report may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq., or similar state laws.

**SUPERVISORY APPRAISER'S CERTIFICATION:** The Supervisory Appraiser certifies and agrees that:

1. I directly supervised the appraiser for this appraisal assignment, have read the appraisal report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

2. I accept full responsibility for the contents of this appraisal report including, but not limited to, the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

3. The appraiser identified in this appraisal report is either a sub-contractor or an employee of the supervisory appraiser (or the appraisal firm), is qualified to perform this appraisal, and is acceptable to perform this appraisal under the applicable state law.

4. This appraisal report complies with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

5. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

| APPRAISER | SUPERVISORY APPRAISER (ONLY IF REQUIRED) |
|---|---|
| MAYKEL HERNANDEZ | |
| Signature | Signature |
| Name MAYKEL HERNANDEZ | Name |
| Company Name  LEE COUNTY APPRAISALS CORP | Company Name |
| Company Address  2506 NW EMBERS TER, CAPE CORAL, FL 33993 | Company Address |
| Telephone Number (239) 745-8197 | Telephone Number |
| Email Address  LEECOUNTYAPPRAISALS@HOTMAIL.COM | Email Address |
| Date of Signature and Report  October 04, 2010 | Date of Signature |
| Effective Date of Appraisal  10/04/2010 | State Certification # |
| State Certification #  ST. CERT. RES. RE APPRAISER RD7234 | or State License # |
| or State License # | State |
| or Other                                                State # | Expiration Date of Certification or License |
| State  FL | |
| Expiration Date of Certification or License  11/30/2010 | SUBJECT PROPERTY |
| | ☐ Did not inspect subject property |
| ADDRESS OF PROPERTY APPRAISED | ☐ Did inspect exterior of subject property from street |
| 2175 SAN MARCO RD , # 204 | Date of Inspection |
| MARCO ISLAND, FL 34145-6914 | ☐ Did inspect interior and exterior of subject property |
| APPRAISED VALUE OF SUBJECT PROPERTY $  100,000 | Date of Inspection |
| LENDER/CLIENT | |
| Name  RAMON & ALICIA E. CASTILLO | COMPARABLE SALES |
| Company Name | ☐ Did not inspect exterior of comparable sales from street |
| Company Address  2175 SAN MARCO RD, MARCO ISLAND, FL 34145 | ☐ Did inspect exterior of comparable sales from street |
| | Date of Inspection |
| Email Address | |

## Subject Photo Page

| Client | RAMON & ALICIA E. CASTILLO | | | | |
|---|---|---|---|---|---|
| Property Address | 2175 SAN MARCO RD | | | | |
| City | MARCO ISLAND | County | LEE | State FL | Zip Code 34145-6914 |
| Owner | RAMON E & ALICIA E CASTILLO | | | | |



**Subject Front**

2175 SAN MARCO RD , 204
Sales Price    N/A
G.L.A.         914
Tot. Rooms     5
Tot. Bedrms.   2
Tot. Bathrms.  2
Location       INTERIOR/AVG
View           RESIDENTIAL
Site           10,000 SQ.FT.
Quality        CBS/AVG
Age            25 YEARS



**Subject Rear**



**Subject Street**

Form PIC4x6.SR — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

## Subject Interior Photo Page

| Client | RAMON & ALICIA E. CASTILLO | | | | |
|---|---|---|---|---|---|
| Property Address | 2175 SAN MARCO RD | | | | |
| City | MARCO ISLAND | County LEE | | State FL | Zip Code 34145-6914 |
| Owner | RAMON E & ALICIA E CASTILLO | | | | |



**Subject Interior**
2175 SAN MARCO RD , 204
Sales Price   N/A
G.L.A.   914
Tot. Rooms   5
Tot. Bedrms.   2
Tot. Bathrms.   2
Location   INTERIOR/AVG
View   RESIDENTIAL
Site   10,000 SQ.FT.
Quality   CBS/AVG
Age   25 YEARS



**Subject Interior**



**Subject Interior**

Form PIC4x6.SI — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

## Comparable Photo Page

| Client | RAMON & ALICIA E. CASTILLO | | | | |
|---|---|---|---|---|---|
| Property Address | 2175 SAN MARCO RD | | | | |
| City | MARCO ISLAND | County | LEE | State FL | Zip Code 34145-6914 |
| Owner | RAMON E & ALICIA E CASTILLO | | | | |



### Comparable 1
2147 SAN MARCO RD
Prox. to Subj. 0.2 mile
Sales Price    95,000
G.L.A.         914
Tot. Rooms     5
Tot. Bedrms.   2
Tot. Bathrms.  2
Location       INTERIOR/AVG
View           RESIDENTIAL
Site           10,000 SQ.FT.
Quality        CBS/AVG
Age            25 YEARS



### Comparable 2
2097 SAN MARCO RD
Prox. to Subj. 0.2 mile
Sales Price    105,000
G.L.A.         914
Tot. Rooms     5
Tot. Bedrms.   2
Tot. Bathrms.  2
Location       INTERIOR/AVG
View           RESIDENTIAL
Site           10,000 SQ.FT.
Quality        CBS/AVG
Age            25 YEARS



### Comparable 3
2203 SAN MARCO RD
Prox. to Subj. 0.2 mile
Sales Price    105,000
G.L.A.         914
Tot. Rooms     5
Tot. Bedrms.   2
Tot. Bathrms.  2
Location       INTERIOR/AVG
View           RESIDENTIAL
Site           10,000 SQ.FT.
Quality        CBS/AVG
Age            25 YEARS

## LICENSE



**STATE OF FLORIDA**
DEPARTMENT OF BUSINESS AND PROFESSIONAL REGULATION

FLORIDA REAL ESTATE APPRAISAL BD          850-487-1395
1940 N. MONROE ST.
TALLAHASSEE        FL 32399-0783

HERNANDEZ, MAYKEL
1406 NE 16TH TER
CAPE CORAL         FL 33909

Congratulations! With this license you become one of the nearly one million Floridians licensed by the Department of Business and Professional Regulation. Our professionals and businesses range from architects to yacht brokers, from boxers to barbeque restaurants, and they keep Florida's economy strong.

Every day we work to improve the way we do business in order to serve you better. For information about our services, please log onto www.myfloridalicense.com. There you can find more information about our divisions and the regulations that impact you, subscribe to department newsletters and learn more about the Department's initiatives.

Our mission at the Department is: License Efficiently, Regulate Fairly. We constantly strive to serve you better so that you can serve your customers. Thank you for doing business in Florida, and congratulations on your new license!



AC# 4142507
STATE OF FLORIDA
DEPARTMENT OF BUSINESS AND
PROFESSIONAL REGULATION

RD7234      11/13/08 088111312

CERTIFIED RESIDENTIAL APPRAISER
HERNANDEZ, MAYKEL

IS CERTIFIED under the provisions of Ch.475 FS
Expiration date: NOV 30, 2010     L08111301734

DETACH HERE

AC# 4142507            STATE OF FLORIDA
DEPARTMENT OF BUSINESS AND PROFESSIONAL REGULATION
FLORIDA REAL ESTATE APPRAISAL BD
SEQ# L08111301734

| DATE | BATCH NUMBER | LICENSE NBR |
|---|---|---|
| 11/13/2008 | 088111312 | RD7234 |

The CERTIFIED RESIDENTIAL APPRAISER
Named below IS CERTIFIED
Under the provisions of Chapter 475 FS.
Expiration date: NOV 30, 2010

HERNANDEZ, MAYKEL
1406 NE 16TH TER
CAPE CORAL       FL 33909

CHARLIE CRIST                              CHARLES W. DRAGO
GOVERNOR                                   SECRETARY
            DISPLAY AS REQUIRED BY LAW