UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

In re: Ramon E. Castillo  
and Alicia Castillo

Case No.: 9:10-bk-25830-DHA  
Chapter 13

Debtor(s),
_____/

**ORDER GRANTING DEBTORS' MOTION TO DETERMINE SECURED STATUS OF BANK OF AMERICA, N.A. AND TO STRIP LIEN EFFECTIVE UPON DISCHARGE AND AWARDING DEBTOR'S COUNSEL ATTORNEY'S FEES**

THIS CASE, came on for consideration on the Debtors' Motion to Determine Secured Status of Bank of America, N.A. and to Strip Lien (the "Motion") pursuant to negative notice provisions of Local Rule 2002-4. The Court, considering the Motion and the absence of any record objection to the relief requested in the Motion by any party in interest, deems the Motion to be uncontested.

The Real Property that is the subject of the Motion is located at <u>2175 San Marco Road Apt. 1-204., Marco Island, FL 34145</u>, and more particularly described as follows: APARTMENT NO. 1-204, THE ESTUARY OF MARCO, A CONDOMINIUM AS RECORDED IN OFFICIAL RECORDS BOOK 1152, PAGES 276-371, INCLUSIVE, OF THE PUBLIC RECORDS OF COLLIER COUNTY, FLORIDA.

Accordingly, it is hereby:

**ORDERED**:

1. The Motion to Determine Secured Status of Bank of America, N.A. and to Strip Lien is granted.

2. Claim No. 19 filed by Bank of America, N.A. shall be treated as an unsecured claim in this chapter 13 case.

3.  The mortgage on the Real Property held by Bank of America, N.A. account number ending in 0599, recorded on July 12, 2005 , in instrument number 3656688 of the official records of Lee County, Florida, shall be deemed void, and shall be extinguished automatically, without further court order, upon entry of the Debtors' discharge in this Chapter 13 case, provided, however, that the Court reserves jurisdiction to consider, if appropriate, the avoidance of Bank of America, N.A. lien prior to the entry of the Debtors' discharge.

4.  This order does not prohibit Bank of America, N.A. from asserting, at any time prior to the time when the lien is avoided by this order upon entry of the Debtors' discharge, any rights it may have as a defendant in any foreclosure proceeding brought by a senior mortgage, including the right to claim excess proceeds from any foreclosure sale.

5.  Debtor's counsel is awarded $250.00

**DONE** and **ORDERED** in Chambers at Fort Myers, FL on  _____May 06, 2011_____

_____
David H. Adams
United States Bankruptcy Court Judge

Copies furnished to:
Jon Waage, Chapter 13 Trustee, via NEF
Bank of America, N.A., Attn. Authorized Agent: Lawrence J. Buckley, P.O. Box 26012, NC4-105-22-99, Greensboro, NC 27420
BAC Home Loans Servicing, LP, Registered Agent: C T Tansportation., 1200 South Pine Island Road, Plantation, FL 33324
Bank of America, N.A., Attn. President: Brian T Moynihanl, Mail Stop: NC1-021-02-20, 100 North Tryon Street, Charlotte, NC 28255
Bank of America, N.A., Attn. President: Brian T Moynihan, 6700 Lakeview Center Drive, Tampa, FL 33169 Debtors, Francisco and Narcy Bencomo, 1609 Hines Ave., Lehigh Acres, FL 33972